**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   12-cv-00601-JLK

APRIL E. WHITTEN,

      Plaintiff,

v.

MICHAEL J. ASTRUE,

Commissioner of Social Security,

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| **For Plaintiff**: | **For Defendant:** |
|---|---|
| RACHAEL A. LUNDY<br>Michael W. Seckar, P.C.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>719-543-8636<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>MICHAEL S. HOWARD<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 844-7192<br>Michael.howard@ssa.gov |

2.  **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed:     March 9, 2012
    B.  Date Complaint Was Served on U.S. Attorney's Office: April 19, 2012
    C.  Date Answer and Administrative Record Were Filed:   June 18, 2012

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Neither party intends to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  **OTHER MATTERS**

    The parties have no other matters to bring to the attention of the court.

8.  **PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan.  Counsel for both parties agrees to the following proposed briefing schedule:

A.   **Plaintiff's Opening Brief Due:  August 14, 2012**
B.   **Defendant's Response Brief Due:  September 13, 2012**
C.   **Plaintiff's Reply Brief (If Any) Due:  September 28, 2012**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

**A.** **Plaintiff's Statement:**
Plaintiff does not request oral argument.

**B.** **Defendant's Statement:**
Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
Indicate below the parties' consent choice.

  **A.** **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
  **B.** **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of July, 2012.

BY THE COURT:

 s/John L. Kane
SENIOR U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:
s/ Rachael A. Lundy
Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ Michael S. Howard
Michael S. Howard
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov